[No. 6,147.—Department One.]

## W. C. SHELDON v. G. W. DALTON.

APPEAL—PARTIES.—An appeal taken after the death of one of the adverse parties, and before the substitution of his successor, dismissed as premature.

APPEAL from a judgment for the plaintiffs, in the Sixth District Court, County of Sacramento.   REED, J.

The appeal was taken by Thomas L. Acock and others, Intervenors.

A. P. Catlin, and S. M. Wilson, for Appellent.

H. C. Beatty, A. C. Freeman, and J. W. Armstrong, and John T. Carey in proper person, for Respondent.

The COURT:

There were two plaintiffs in this case, one of whom died before this appeal was taken. There was no suggestion of the death, and no substitution of the personal representative of the deceased plaintiff. It is conceded that the appeal was prematurely taken, and the motion to dismiss is granted.

Appeal dismissed.